IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON C. SHAUF, | : | CIVIL ACTION NO. 1:19-CV-1911 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| RICHARD MARSH, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 19th day of January, 2022, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania